UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED
SEP - 2 2015
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | No. |
| RANDY MOUNTAIN, ) | 4:15cr00411 JAR/NCC |
| Defendant. ) | |

## INDICTMENT

### COUNT I

The Grand Jury charges that:

Beginning sometime in 2013 and continuing through February 27, 2015, in the Eastern District of Missouri and elsewhere,

**RANDY MOUNTAIN,**

the defendant herein, did knowingly combine, conspire, and agree with persons unknown to the Grand Jury to commit offenses against the United States, to wit: to knowingly conduct and attempt to conduct financial transactions affecting interstate or foreign commerce, which transactions involved the proceeds of specified unlawful activity, that is, the distribution of marijuana, a Schedule I controlled substance, with the intent to promote the carrying on of the specified unlawful activity; and designed the transactions in whole or in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds of specified unlawful activity; and that while conducting and attempting to conduct such financial transactions, the defendants knew that the property involved in the financial transactions represented the proceeds of some form of unlawful activity, in violation of Title 18, United States Code, Sections 1956(a)(1)(A)(i) and

1956(a)(1)(B)(i).

All in violation of Title 18, United States Code, Section 1956(h).

## COUNT II

The Grand Jury further charges that:

On or about February 27, 2015, in the Eastern District of Missouri and elsewhere,

**RANDY MOUNTAIN,**

the defendant herein, did knowingly commit offenses against the United States, to wit: knowingly conduct and attempt to conduct financial transactions affecting interstate or foreign commerce, which transactions involved the proceeds of specified unlawful activity, that is, the distribution of marijuana, a Schedule I controlled substance, with the intent to promote the carrying on of the specified unlawful activity; and designed the transaction in whole or in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds of a specified unlawful activity, that is, the distribution of marijuana; and that while conducting and attempting to conduct such financial transactions, the defendants knew that the property involved in the financial transactions represented the proceeds of some form of unlawful activity.

In violation of Title 18, United States Code, Sections 1956(a)(1)(A)(i) and 1956(a)(1)(B)(i).

## COUNT III

The Grand Jury further charges that:

On or about February 27, 2015, in the Eastern District of Missouri, the defendant,

**RANDY MOUNTAIN**

having been previously convicted of a felony crime punishable by a term of imprisonment exceeding one year under the laws of the United States of America, to wit conspiracy to distribute

2

and possess with intent to distribute marijuana and conspiracy to commit money laundering, did knowingly possess a firearm, that is an a 9mm Taurus pistol (Serial Number: L09045) and a .38 cal. Smith & Wesson Airweight Revolver (Serial Number: DAM0293), which previously traveled in interstate or foreign commerce.

In violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

The Grand Jury further finds by probable cause that:

1. Pursuant to Title 18, United States Code, Section 982, upon conviction of an offense in violation of Title 18, United States Code, Sections 1956 as set forth in Counts I and II, the defendant shall forfeit to the United States of America any property, real and personal, constituting or derived from any proceeds obtained directly or indirectly as a result of said offenses, and any property used, or intended to be used, in any manner or part to commit or facilitate the commission of said offenses. Pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), upon conviction of an offense in violation of Title 18, United States Code, Section 922 as set forth in Count III, the defendant shall forfeit to the United States of America any firearm or ammunition involved in or intended to be used in said offense.

2. Subject to forfeiture is a sum of money equal the total value of any property, real or personal involved in transactions or attempted transactions in furtherance of the offense charged in Counts I and II.

3. Specific property subject to forfeiture in Counts I, II, and III includes, but is not limited to, the following:

    a.    approximately $40,000, seized on or about February 27, 2015;

    b.    the following firearms and ammunition seized on February 27, 2015:

        1. a 9mm Taurus pistol (Serial Number: L09045)
        2. a .38 cal. Smith & Wesson Airweight Revolver (Serial Number: DAM0293)
        3. a .44 cal. Navy Arm black powder revolver (Serial Number: 202237)
        4. Ammunition

    c.    approximately $2,943.00 seized on February 27, 2015;

    d.    approximately $36,870.00, seized on February 27, 2015;

    e.    approximately $28,300.00, seized on March 2, 2015;

    f.    approximately $30,000.00, seized on March 6, 2015;

4.    If any of the property described above, as a result of any act or omission of the defendant:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty,

the United States of America will be entitled to the forfeiture of substitute property pursuant to Title 18, United States Code, Section 982.

A TRUE BILL.

_____
FOREPERSON

RICHARD G. CALLAHAN
United States Attorney

_____
Stephen Casey #58879MO
Assistant United States Attorney